## Commonwealth *v.* Goodhile, Appellant.

Submitted September 11, 1972. *William H. Platt*, Assistant Public Defender, for appellant; *Richard J. Makoul*, Assistant District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issue raised by the original or an amended post-conviction petition.

WRIGHT, P. J., dissents.